FILED

MAY 28 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ MM _____ DEP CLK

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION**

India Williams )
)
*Plaintiff,* )
)
v. )
)
PNC Bank N. A )
)
*Defendant* )

Case No.4:24-cv-00087

**PLAINTIFF'S MOTION TO WAIVE OR REDUCE MEDIATION FEES**

Plaintiff India K. Williams, proceeding pro se, respectfully moves the Court for an Order waiving or reducing Plaintiff's share of mediation fees, or alternatively appointing a court-sponsored or reduced-cost mediator, and states as follows:

1. Plaintiff is proceeding pro se in this matter and has limited financial resources.

2. Plaintiff remains willing to participate in mediation and engage in good-faith settlement discussions in an effort to resolve this matter without the need for further litigation.

3. Plaintiff, however, is unable to reasonably afford the costs associated with private mediation services and mediator fees.

4. Plaintiff respectfully requests that the Court consider Plaintiff's financial circumstances and either:

   a. waive Plaintiff's share of mediation fees;

   b. reduce Plaintiff's share of mediation fees; or

   c. appoint a court-sponsored, volunteer, or reduced-cost mediator if available.

5. Plaintiff makes this request in good faith and not for the purpose of delay.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order waiving or reducing Plaintiff's mediation-related costs or alternatively appointing a court-sponsored or reduced-cost mediator, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

India K. Williams

Plaintiff, Pro Se

indiaboyd7@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28 day of May 2026, a copy of this Notice was served on all counsel of record via the Court's Electronic Case Filing (ECF) system or by U.S. Mail to:


Counsel for Defendant:

Name: Victoria Tolbert

Firm: Seyfarth Shaw LLP

Address: 300 S Tyron Street Suite 400

City/State/ZIP: Charlotte, North Carolina

Email: vtolbert@seyfarth.com


India Williams

940 Gray Street,

Roanoke Rapids, NC, 27870

252-676-0188

Indiaboyd7@gmail.com