| | |
|---|---|
| INDIA K. WILLIAMS,<br><br>         Plaintiff,<br><br>    v.<br><br>PNC BANK N.A.,<br><br>         Defendant. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO WAIVE OR REDUCE MEDIATION FEES, OR, ALTERNATIVELY, APPOINTING A COURT-SPONSORED OR REDUCED-COST MEDIATOR** |

Plaintiff India K. Williams, proceeding *pro se*, and Defendant PNC Bank, N.A., by and through its attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, respectfully submits this Joint Motion for Extension of Time for Defendant to File Defendant's Response to Plaintiff's Motion to Waive or Reduce Mediation Fees, or, alternatively, Appointing a Court-Sponsored or Reduced-Cost Mediator.  In support of their motion, Plaintiff and Defendant state as follows:

1.      On December 16, 2025, this Court issued a notice to counsel reminding the parties to file a written statement identifying an agreed-upon mediator within twenty-one days of the entry of the Scheduling Order in this matter.

2.      On January 6, 2026, pursuant to Rule 101.1c(a) of the Local Alternative Dispute Rules of Practice and Procedure for the Eastern District of North Carolina, the parties jointly filed their Selection of Mediator identifying Patricia L. Holland as the mediator for this matter. (ECF 47).

3.      On May 28, 2026, Plaintiff filed a Motion to Waive or Reduce Mediation Fees, or, alternatively, Appointing a Court-Sponsored or Reduced-Cost Mediator.

4.      Defendant's response to Plaintiff's Motion is currently due today, June 18, 2025.

5. On June 1, 2026 and June 15, 2026, Plaintiff reached out to defense counsel by email to communicate a settlement proposal for this matter.

6. The mediated settlement conference for this matter is currently scheduled for July 9, 2026.

7. The parties have spoken by phone and are actively trying to resolve this matter prior to mediation. PNC's counsel conferred with Plaintiff and the parties have agreed that additional time for Defendant to file it's response to Plaintiff's Motion would be helpful for the parties to continue meaningful, good-faith settlement discussions, and to not frustrate the progress of ongoing negotiations.

8. Moreover, pursuant to EDNC Local ADR Rule 101.1b(c), if a party files a motion with the court to be relieved of the obligation to pay the mediator's fee, "[t]he mediated settlement conference should proceed without payment by the moving party, and the court will rule on the motion upon completion of the case." (EDNC Local ADR Rule 101.1b(c). Thus, this Court will not rule upon Plaintiff's Motion until after the mediated settlement conference and after the *completion of this case*.

9. Therefore, the parties jointly request an extension of time, up to and including July 8, 2026 (the day prior to the scheduled mediation date), for Defendant to file it's response to Plaintiff's Motion.

10. This Joint Motion is filed in good faith and prior to the expiration of the initial deadline for Defendant to respond to Plaintiff's Motion. This Joint Motion is not intended to delay or obstruct the progress of this case.

11. The parties have conferred and stipulated to the timing for Defendant's response to Plaintiff's Motion, and no party will be prejudiced by granting the requested relief. Moreover, the

2

Court will not rule on Plaintiff's Motion until after *the completion of the case* and, therefore, extending the deadline for Defendant's response until July 8, 2026, will not delay the Court's ruling on Plaintiff's Motion, and will not affect any other deadlines or the just, speedy, or inexpensive determination of this action. (Fed. R. Civ. P. 1).

12. A proposed order granting this Joint Motion is attached as Exhibit 1.

WHEREFORE, Plaintiff and Defendant jointly request that the Court issue an Order granting this motion and extend the time until July 8, 2026, for Defendant to file it's response to Plaintiff's Motion to Waive or Reduce Mediation Fees, or, alternatively, Appointing a Court-Sponsored or Reduced-Cost Mediator.

DATED: June 18, 2026                           Respectfully submitted by,

*/s/ India K. Williams*                         */s/ Victoria S. Tolbert*
India K. Willimas                              Victoria S. Tolbert
940 Gray Street                                North Carolina State Bar No. 32945
Roanoke Rapids, North Carolina 27870           SEYFARTH SHAW LLP
Telephone: (252) 676-0188                       300 South Tryon Street, Suite 400
indiaboyd7@gmail.com                            Charlotte, North Carolina 28202
                                               Telephone: (704) 925-6042
*Pro Se* Plaintiff                              Facsimile: (704) 559-2457
                                               vtolbert@seyfarth.com

                                               Attorney for Defendant PNC Bank, N.A.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
### CIVIL ACTION NO. 4:24-CV-00087-BO-BM

INDIA K. WILLIAMS,

        Plaintiff,

   v.

PNC BANK N.A.,

        Defendant.

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2026, I electronically filed this **Joint Motion for Extension of Time for Defendant to File Defendant's Response to Plaintiff's Motion to Waive or Reduce Mediation Fees, or alternatively, Appointing a Court-Sponsored or Reduced-Cost Mediator** with the Clerk of Court using the CM/ECF system, and served a copy of the same via US mail and email upon the following individual, who is proceeding *pro se*:

        India K. Williams
        940 Gray Street
        Roanoke Rapids, NC 27870
        indiaboyd7@gmail.com

DATED: June 18, 2026

        Respectfully submitted by,

        */s/ Victoria S. Tolbert*

        Victoria S. Tolbert
        Attorney for Defendant PNC Bank, N.A.