IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-87-BO-BM

INDIA K. WILLIAMS,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )       **AMENDED SCHEDULING ORDER**
                                      )
PNC BANK N.A.,                        )
                                      )
            Defendant.                )

This matter is before the court on the joint motion to extend discovery deadline [DE-55]. For good cause shown, for the reasons stated in the motion, the court grants the motion and modifies the scheduling order [DE-46] as follows:

1.    All discovery shall be completed no later than **August 12, 2026**.

2.    All potentially dispositive motions shall be filed by **September 11, 2026**.

3.    The trial date and related deadlines will be set in a separate order by United States District Judge Terrence W. Boyle. However, the court reserves the right to schedule the case for trial as soon as 30 days after the dispositive motion deadline.

All portions of the scheduling order [DE-46] entered on December 16, 2025, not modified herein remain in place.

SO ORDERED, this 29th day of June, 2026.

_____
Brian S. Meyers
United States Magistrate Judge