IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-87-BO-BM

INDIA K. WILLIAMS,                    )
                                      )
                Plaintiff,            )
                                      )
        v.                            )                    **ORDER**
                                      )
PNC BANK N.A.,                        )
                                      )
                Defendant.            )

This matter comes before the court on the joint motion for an extension of time [DE-54] for defendant to respond to plaintiff's motion to waive or reduce mediation fees [DE-53]. For good cause shown for the reasons stated in the motion, the joint motion [DE-54] is GRANTED.

IT IS THEREFORE ORDERED that defendant shall have up to and including **July 8, 2026**, to file a response to plaintiff's motion to waive or reduce mediation fees [DE-53].

SO ORDERED, this 29th day of June, 2026.

_____
Brian S. Meyers
United States Magistrate Judge