# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
### CIVIL ACTION NO. 4:24-CV-00087-BO-BM

INDIA K. WILLIAMS,

        Plaintiff,

    v.

PNC BANK N.A.,

        Defendant.

**NOTICE OF SETTLEMENT**

Plaintiff INDIA K. WILLIAMS and Defendant PNC BANK N.A. hereby notify the Court that the parties have reached a settlement in principle and are in the process of memorializing the terms of their settlement agreement in writing. The parties respectfully request that the Court stay all case deadlines pending the submission of a Stipulation of Dismissal with Prejudice, which the parties anticipate filing within sixty (60) days of this notice.

DATED: July 7, 2026

Respectfully submitted by,

*/s/ Victoria S. Tolbert*
Victoria S. Tolbert
North Carolina State Bar No. 32945
SEYFARTH SHAW LLP
300 South Tryon Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 925-6042
Facsimile: (704) 559-2457
vtolbert@seyfarth.com

*Attorney for Defendant*
*PNC Bank, N.A.*

| | |
|---|---|
| INDIA K. WILLIAMS, | |
|       Plaintiff, | |
|   v. | **CERTIFICATE OF SERVICE** |
| PNC BANK N.A., | |
|       Defendant. | |

I hereby certify that on July 7, 2026, I electronically filed **Notice of Settlement**, with the Clerk of Court using the CM/ECF system, and served a copy of the same via US mail and email upon the following individual who is proceeding *pro se*:

India K. Williams
940 Gray Street
Roanoke Rapids, NC 27870
indiaboyd7@gmail.com

DATED: July 7, 2026

Respectfully submitted by,

*/s/ Victoria S. Tolbert* _____

Victoria S. Tolbert
Attorney for Defendant PNC Bank, N.A.