UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No: 4:24-CV-87-BO-BM

INDIA K. WILLIAMS, )
)
Plaintiff, )
)
v. )                    **ORDER**
)
PNC BANK N.A., )
)
Defendant. )

The Court has been advised that the parties have reached a complete settlement of the

case. The parties are therefore DIRECTED to file a stipulation of dismissal, signed by all parties

who appeared, within sixty (60) days of the date of this order, subject to the right of any party to

provide notice to the Court within that time that the settlement will not be consummated. Failure

to comply with this order will result in this matter being dismissed with prejudice at the close of

the sixty-day period.

SO ORDERED, this ___8___ day of July, 2026.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE